AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CASAUNDRA MILLS-CRADDOCK,<br>      Plaintiff<br><br>v.<br><br>ROBERT M. GATES, Secretary of Defense<br>Department of Defense Education Activity Agency,<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:10-CV-214-F** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion to Extend Time on Proof of Service and Motion to Accept Proof of Service are DENIED as moot. The Plaintiff has failed to effect service as required under Rule 4(i)(1),(2), within the time period prescribed by Rule 4(m), and furthermore has not shown good cause for such failure. Consequently, it is ORDERED that this action is DISMISSED.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 4, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Casaundra Mills-Craddock (via regular mail to 100 Cookwood Court, Raleigh, NC 27610)

| | |
|---|---|
| November 4, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |